UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:23cr135 |
| | ) |
| MARIA REICH, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Maria Reich's Motion to Modify Conditions of Release. ECF No. 19. By her Motion, Defendant seeks an Order suspending her obligation to repay the Government $2,000 per month for her legal representation. *Id.* The Court ordered Defendant to submit an updated financial affidavit under seal, ECF No. 22, and she has now done so, ECF No. 23. Based on Defendant's representations in her Motion and her updated financial affidavit, the Court **GRANTS** the Motion **in part** and reduces her monthly obligation. Defendant is **DIRECTED** to reimburse the Government at the rate of $400 per month; payments to begin March 1, 2024, and continue each month thereafter until paid in full.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the United States Marshal, the United States Pretrial Services Office, and counsel of record for the Defendant.

It is so **ORDERED**.

Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
February 9, 2024